JAP:ZA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-09-942**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -

ALAA QATTUM and
HIYAM QATTUM,

        Defendants.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(T. 31 U.S.C. §§ 2, 5332)

EASTERN DISTRICT OF NEW YORK, SS:

       DETECTIVE FALGIANO, being duly sworn, deposes and states that he is a Detective with the Queens County District Attorney's Office cross-designated to United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

       Upon information and belief, on or about September 22, 2009, within the Eastern District of New York, the defendants ALAA QATTUM and HIYAM QATTUM did knowingly and with the intent to evade the currency reporting requirements under Title 31, United States Code, Sections 5316(a)(1)(A) and 5316(b), conceal more than $10,000 in currency and other monetary instruments, to wit, approximately $111,998 in United States currency, on their persons, and transport and transfer and attempt to transport and transfer such currency and monetary instruments from a place within the United States to a place outside of the United States.

(Title 31, United States Code, Sections 5332; Title 18, United States Code, Sections 2 and 3551 et seq.)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am familiar with the facts contained in this affidavit as a result of my participation in the investigation of the bulk cash smuggling discussed in this affidavit, which includes, but is not limited to, my review of the file and conversations with other law enforcement personnel assisting with the investigation.

2. On or about September 22, 2009, defendants ALAA QATTUM and HIYAM QATTUM, citizens of the United States, attempted to board Royal Jordanian flight 262 to Amman, Jordan, departing from John F. Kennedy International Airport in Queens, New York. As the defendants proceeded along the jetway to board the flight, they were selected for an enforcement examination. Officers from Customs and Border Protection ("CBP") presented the defendant ALAA QATTUM with a customs form that explained the Title 31 currency reporting requirements (the "CBP 503 form") in English. Upon learning that HIYAM QATTUM only spoke Arabic, CBP officers presented her with a CBP 503 form written in Arabic. After the defendants had reviewed the forms, CPB officers asked them if

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included details of every aspect of this investigation.

2

they understood it and both answered affirmatively. ALAA QATTUM served as an Arabic translator during this exchange between CBP and HIYAM QATTUM. The CBP officers then asked the defendants to declare how much currency they were transporting. ALAA QATTUM wrote on the CBP 503 form, which he subsequently signed, that he was transporting $3,000 in cash. HIYAM QATTUM wrote on the Arabic CBP 503 form, which she subsequently signed, that she was transporting $6,000 in cash.

    3. ALAA QATTUM presented CBP officers with $3,486 that he removed from the his pants pockets. HIYAM QATTUM presented CBP officers with $5,012 which she removed from her bra area. A further personal search was then conducted on HIYAM QATTUM during which officers discovered five bundles of $10,000 each wrapped around each of her legs. The bundles of cash were wrapped in paper towels with rubber bands and hidden under spandex pants worn by HIYAM QATTUM.

    4. The total amount of currency recovered from the two defendants was $111,998.

    6. ICE agents interviewed ALAA QATTUM in the CBP office. The agents read QATTUM his <u>Miranda</u> rights, and QATTUM stated that he understood them and was willing to speak with agents. ALAA QATTUM stated that the currency HIYAM QATTUM had concealed on her body amounted to his life savings. He further stated that he had asked HIYAM QATTUM to conceal the currency in her clothing because he was aware of the currency

reporting requirements and did not want get held up at the airport.

WHEREFORE, your deponent respectfully requests that the defendants ALAA QATTUM and HIYAM QATTUM be dealt with according to law.

Joseph Falgiano
Detective
Immigration and Customs Enforcement

S
2:

UN
EA_____ OF NEW YORK

4